United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sharon D. Desmond  
     Debtor

Case No. 15-13003-sr  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Feb 23, 2017  
                   Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2017.  
db          #+Sharon D. Desmond,    609 King Street,    Pottstown, PA 19464-5709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2017 at the address(es) listed below:
         JOHN P. NEBLETT    on behalf of Defendant    Great Lakes Higher Education Guaranty Corporation  
          jpn@neblettlaw.com,   lln@neblettlaw.com  
         JOHN P. NEBLETT    on behalf of Defendant    ECMC jpn@neblettlaw.com,   lln@neblettlaw.com  
         JOSEPH L QUINN    on behalf of Plaintiff Sharon D. Desmond CourtNotices@sjr-law.com  
         JOSEPH L QUINN    on behalf of Debtor Sharon D. Desmond CourtNotices@sjr-law.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    CU MEMBERS MORTGAGE, Et Al...  
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         TERRY P. DERSHAW     td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com  
         THOMAS I. PULEO    on behalf of Creditor    CU MEMBERS MORTGAGE, Et Al... tpuleo@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer  
          Services mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com  
                                                                                            TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Sharon D. Desmond  : Case No. 15–13003–sr
      Debtor(s)

### ORDER
_____

AND NOW, this day , February 23, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Stephen Raslavich
Judge , United States Bankruptcy Court

31
Form 195